NO. 07-02-0300-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 28, 2003

______________________________

HUGO PIMIENTA, APPELLANT

V.

WOODFOREST NATIONAL BANK, APPELLEE

_________________________________

FROM THE 359
TH
 DISTRICT COURT OF MONTGOMERY COUNTY;

NO. 01-09-06078-CV; HONORABLE CHARLES HEARN, JUDGE

_______________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

MEMORANDUM OPINION

On October 23, 2003, appellant Hugo Pimienta filed a Suggestion of Bankruptcy in this appeal.  A copy of his Notice of Bankruptcy Case Filing in the United States Bankruptcy Court for the Central District of California was attached to the notice, indicating that the bankruptcy case was filed with the bankruptcy court on August 5, 2003. 

Pursuant to 
Tex. R. App. P
. 8, this appeal is abated until further order of this court.  The parties are directed to take such action as is appropriate to advise the clerk of this court of any change in the status of appellant Hugo Pimienta’s bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate pursuant to 
Tex. R. App. P
. 8.3.

Per Curiam